UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EDDIE COLLINS                                                     PLAINTIFF

V.                                             CIVIL ACTION NO. 1:07cv829-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY,            DEFENDANTS
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, AND JOHN DOES 1 THROUGH 10

## ORDER

      At the time this Court entered an [85] Order for Mediation on June 3, 2008, Plaintiff was acting pro se, although an entry of appearance had been entered by counsel (his ability to represent Plaintiff was at issue then).  The mediation order was designed for the circumstance in which Plaintiff was not represented.  Counsel has now been allowed to appear as counsel of record on Plaintiff's behalf.  Because of this representation, it would be more appropriate for mediation to occur under the Court's standard order.  Therefore, the [85] order should be rescinded, and this matter should be placed on the next available mediation round.

      Accordingly, **IT IS ORDERED**:

      The [85] Order for Mediation is hereby **RESCINDED**;

      This matter shall be rescheduled on the Court's next available mediation calendar pursuant to further order.

      **SO ORDERED** this the 26th day of June, 2008.

                                                                          s/ L. T. Senter, Jr.
                                                                          L. T. SENTER, JR.
                                                                          SENIOR JUDGE